IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS FEED FAT, INC., § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-cv-00189-Z-BR |
| § | |
| NATIONWIDE AGRIBUSINESS § | |
| INSURANCE COMPANY § | |
| *Defendant.* § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Texas Feed Fat, Inc. ("Plaintiff") and Defendant Nationwide Agribusiness Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for alleged property damage.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire lawsuit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. Each party will bear its own costs of suit.

*(Signatures on next page)*

Respectfully submitted,

| | |
|---|---|
| */s/ James W. Willis (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| James W. Willis | Patrick M. Kemp |
| Texas Bar No. 24088654 | Texas Bar No. 24043751 |
| jwillis@dalyblack.com | pkemp@smsm.com |
| Wray Willis, LLP | Robert G. Wall |
| 901 Heights Blvd. | Texas Bar No. 24072411 |
| Houston, Texas 77008 | rwall@smsm.com |
| (713) 473-1701 – Telephone | Segal McCambridge Singer & Mahoney, Ltd. |
| | 100 Congress Avenue, Suite 800 |
| Richard D. Daly | Austin, Texas 78701 |
| Texas Bar No. 00796429 | (512) 476-7834 – Telephone |
| rdaly@dalyblack.com | (512) 476-7832 – Facsimile |
| C. Eric Vickers | |
| Texas Bar No. 24118577 | **ATTORNEYS FOR DEFENDANT** |
| evickers@dalyblack.com | **NATIONWIDE AGRIBUSINESS** |
| efs@dalyblack.com | **INSURANCE COMPANY** |
| 2211 Norfolk St., Suite 800 | |
| Houston, Texas 77098 | |
| (713) 655-1405 – Telephone | |
| (713) 655-1587 – Facsimile | |

**ATTORNEYS FOR PLAINTIFF**
**TEXAS FEED FAT, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 26th day of June, 2024 to:

| | |
|---|---|
| James W. Willis | Richard D. Daly |
| Wray Willis, LLP | C. Eric Vickers |
| 901 Heights Blvd. | Daly & Black, PC |
| Houston, Texas 77008 | 2211 Norfolk St., Suite 800 |
| jwillis@dalyblack.com | Houston, Texas 77098 |
| | rdaly@dalyblack.com |
| | evickers@dalyblack.com |
| | efs@dalyblack.com |

　　　　　　　　　　　　　　　　　　　　*/s/ Patrick M. Kemp*
　　　　　　　　　　　　　　　　　　　　PATRICK M. KEMP